```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :         S8 19cr91-7(DLC)
           -v-                       :
                                     :              ORDER
MAXIMILIANO DAVILA-PEREZ,            :
                                     :
                  Defendant.         :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference will be held on **December 18, 2024 at 3:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007. The parties shall be prepared to address the October 17, 2025 trial date and the May 16, 2025 deadline for motions.

Dated:   New York, New York
         December 17, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge