```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        S8 19cr91-7(DLC)
            -v-                          :
                                         :            ORDER
MAXIMILIANO DAVILA-PEREZ,                :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the defendant's change of counsel request as well as his medical care at the Essex County Correctional Facility is scheduled for May 30, 2025 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         May 30, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge