```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    S8 19cr91-7 (DLC)
                                     :
          -v-                        :         ORDER
                                     :
MAXIMILIANO DAVILA-PEREZ,            :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on May 30, 2025, it is hereby

ORDERED that C.J.A. counsel Michael Bloch is relieved as counsel in this matter and C.J.A. counsel Camille Abate is appointed to represent the defendant.

Dated:    New York, New York
          May 30, 2025

                                        _____
                                                DENISE COTE
                                        United States District Judge