# ABATE & PREUSS
ATTORNEYS AT LAW
~
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

August 5, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

So ordered.

*[signature]*

8/5/2025

**Re: Request to File a Revised Memorandum of Law**
***United States v. Maximiliano Davila-Perez*, 19 Cr. 91 (DLC)**

Dear Judge Cote:

    After filing my pretrial motions on August 1, 2025, I noticed upon review that a slight revision to page 2 of the Memorandum of Law was needed. I amended page 2 and sent the revised page to the government.

    I have incorporated the new page 2 into the Memorandum of Law, and I now request leave of the Court to file the revised Memorandum, appended to this letter as Exhibit A, on the docket. The government has no objection to this request.

    Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA Matthew Hellman (via ECF)
       AUSA David Robles (via ECF)
       AUSA Chelsea Scism (via ECF)