**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

———◆◇◆———

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

September 10, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
500 Pearl Street
New York, New York 10007

*Granted.*
*/s/ Denise Cote*
*9/11/25*

Re: *United States v. Davila-Perez*, 19 Cr. 91 (DLC)
**Request to Extend Time for Trial Submissions**

Dear Judge Cote:

  By letter dated August 14, 2025, the parties proposed, and the Court approved, a schedule that any motions in limine, requests to charge, and proposed voir dire in the above-captioned case be due by September 12, 2025, and that any responses to motions in limine be due by September 19, 2025. I respectfully request that the time for submissions be extended to Monday, September 15, with responses to any motions in limine due on Monday, September 22, 2025.

  The reason for this request is that defense counsel suffered a respiratory infection that caused the loss of two to three days of work necessary for the completion of defense submissions. To properly represent and defend my client, it is my judgment that I need the additional time. I have conferred with counsel for the government about this request, and they have no objection to the proposed revision to the schedule.

  Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc: AUSA David Robles, AUSA Matthew Hellman, and AUSA Chelsea Schism (via ECF)