UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
                                                :

UNITED STATES OF AMERICA        :

    - v. -                         :      S9 19 Cr. 91 (DLC)

MAXIMILIANO DAVILA PEREZ,    :
    a/k/a "Macho,"                :

                Defendant.   :
- - - - - - - - - - - - - - - - - - -X

        Whereas the United States of America, Jay Clayton, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Matthew J.C. Hellman, David J. Robles, and Chelsea L. Scism, seeks an order restricting the dissemination of material produced pursuant to the Jencks Act and *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material") in connection with the trial in this matter ("Trial");

        Whereas, based on: (i) information in the public filings to date related to the defendant Maximiliano Davila Perez in this case indicates that the 3500 Material will contain sensitive information regarding assistance to law enforcement by others in sensitive ongoing investigations in Bolivia; (ii) information in the 3500 Material that contains private and sensitive details about individuals which may, if publicly disclosed, lead to safety risks for the individuals and/or their families; and (iii) the consent

of the defendant, by and through his attorney Camille Abate, Esq., the Court finds that there is good cause for the requested relief;

IT IS HEREBY ORDERED that the defendant and his defense team -- including but not limited to Ms. Abate, and any U.S.-based paralegals, investigators, and interpreters working for the defendant or Ms. Abate -- shall not transport or transmit any of the 3500 Material outside of the United States;

IT IS FURTHER ORDERED that the defendant and his defense team shall not show or disseminate any of the 3500 Material to anyone other than the defendant and U.S.-based paralegals, investigators, and interpreters working for Mr. Abate;

IT IS FURTHER ORDERED that the defendant shall not possess any of the 3500 Material, either before, during, or after the Trial, except when reviewing the 3500 Material in the presence of Ms. Abate or U.S.-based paralegals, investigators, and interpreters working for Ms. Abate;

IT IS FURTHER ORDERED that the defendant and his defense team shall return to the Government, or destroy, all of the 3500 Material at the close of the Trial or when any appeals have become final; and

IT IS FURTHER ORDERED that defense counsel may seek authorization of the Court, with notice to the Government, to provide certain specified materials to persons whose access to such materials is otherwise prohibited by this Order, if it is determined by the Court that such access is necessary for the purpose of preparing the defense of the case.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
United States District Court
Southern District of New York

September 22, 2025
Date