```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
UNITED STATES OF AMERICA                   :
                                           :    S8 19cr91-7(DLC)
              -v-                          :
                                           :         ORDER
MAXIMILIANO DAVILA-PEREZ,                  :
                                           :
                         Defendant.        :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the final pretrial conference in this matter scheduled for October 3, 2025 is moved to 2:30 PM on the same date in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 1, 2025

                                                        _____
                                                            DENISE COTE
                                          United States District Judge