```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :   S8 19cr91-7(DLC)
            -v-                       :
                                      :        ORDER
MAXIMILIANO DAVILA-PEREZ,             :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference in this matter is scheduled for October 10, 2025 at 10:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 9, 2025

                                          _____
                                              DENISE COTE
                                      United States District Judge