```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   19cr91-7(DLC)
                                    :
             -v-                    :   UNSEALING ORDER
                                    :
MAXIMILIANO DAVILA-PEREZ,           :
                                    :
                     Defendant.     :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

The defendant took the stand at his trial and was cross-examined about statements he made to the Government in two proffer sessions. As a result, the letters submitted by the parties during his trial about his proffer statements and the Opinion of October 17 will be unsealed. The parties will be given an opportunity to propose redactions to attachment B to the Government's letter of October 15 and the attachment to the October 17 Opinion. Accordingly, it is hereby

ORDERED that the following documents shall be unsealed and docketed:

1) Sealing envelope #498: Government's motion to admit proffer statements and exhibit A dated October 15, 2025; defendant's opposition dated October 15, 2025.

2) Sealing envelope #499: Opinion and Order dated October 17, 2025 regarding the motion to introduce the defendant's proffer statements.

3) Sealing envelope #500: defendant's motion to recall a witness dated October 17, 2025; Government's opposition to the motion to recall dated October 18, 2025; defendant's motion for a mistrial dated October 19, 2025; Government's opposition to the motion for mistrial dated October 19, 2025.

IT IS FURTHER ORDERED that the parties shall have until November 5, 2025 to propose any redactions to exhibit B of the Government's letter and the attachment to the October 17 Opinion.

IT IS FURTHER ORDERED that all other previously sealed documents remain sealed.

Dated:   New York, New York
         October 28, 2025

_____
DENISE COTE
United States District Judge