UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :          19cr91-7(DLC)
                                         :
MAXIMILIANO DAVILA-PEREZ,                :          UNSEALING ORDER
                                         :
                       Defendant.        :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

       On October 15, 2025, the Government submitted a letter

motion under seal seeking to admit portions of the defendant's

proffer statements at trial based on defense counsel's opening

statement.  Attached to the letter were two exhibits labeled as

Exhibit A and Exhibit B.  By Order dated October 28, the Court

unsealed, among other things, the October 15 letter and Exhibit

A, and gave the parties until November 5 to propose redactions

to Exhibit B.  The Government submitted its proposed redactions.

Defense counsel having no objections to the Government's

redactions, it is hereby

       ORDERED that the Government's proposal for redactions to

Exhibit B is granted.  The Government shall file the redacted

exhibit by November 12.  The unredacted version shall remain

sealed.

Dated:     New York, New York
           November 10, 2025

                                        _____
                                        DENISE COTE
                                        United States District Judge