UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                    :

UNITED STATES OF AMERICA         :

                            :         19cr91-7(DLC)

        -v-                    :

                            :          ORDER

MAXIMILIANO DAVILA-PEREZ,     :

                            :

                Defendant.    :

                            :
------------------------------------------ X

DENISE COTE, District Judge:

On December 9, 2025, this Court received a letter from the defendant requesting a change of counsel in this action. Accordingly, it is hereby

ORDERED that a conference to address the request for a change of counsel is scheduled for **December 15, 2025 at 10:30 AM** in Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
            December 11, 2025

                                  _____
                                      DENISE COTE
                          United States District Judge