UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        19cr91-7(DLC)
                                          :
          -v-                             :        ORDER
                                          :
MAXIMILIANO DAVILA-PEREZ,                  :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     As set forth on the record at the conference held on
December 15, 2025, it is hereby

     ORDERED that CJA counsel Camille Abate is relieved as
counsel in this matter and C.J.A. counsel Valerie Gotlib is
appointed to represent the defendant.

Dated:    New York, New York
          December 15, 2025

                              _____
                                      DENISE COTE
                              United States District Judge