# GOTLIB LAW

January 5, 2026

*Via* **ECF**

*Granted.*
*/s/ Denise Cote*
*1/6/26*

The Honorable Denise L. Cote
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Maximiliano Davila-Perez*, 19 Cr. 91 (DLC)

Dear Judge Cote:

On December 15, 2025, I was appointed substitute CJA counsel for Maximiano Davila-Perez in the above-captioned matter. I write to respectfully request that the Court approve the appointment of César de Castro as CJA co-counsel to assist in my representation of Mr. Davila-Perez.

Mr. de Castro has been a Panel Attorney in this District since 2010. He is also a Panel Attorney in the Eastern District of New York. I am of counsel to Mr. de Castro's firm. Mr. de Castro and I have acted as CJA co-counsel on multiple cases involving international narcotics trafficking charges brought against former high-level law enforcement officers from Spanish speaking countries. *See, e.g., United States v. Cliver Alcala Cordones*, 11-cr-205 (SDNY); *United States v. Genaro Garcia Luna*, 19-cr-576 (EDNY).

Mr. de Castro speaks Spanish fluently. In our prior cases we were able to meet with our clients without the assistance of an interpreter, which conserved thousands of dollars of CJA funds. Mr. Davila-Perez, who is pending sentencing, speaks Spanish and requires an interpreter to communicate with the undersigned. It is anticipated that a significant amount of time will be dedicated to meeting with Mr. Davila-Perez. The appointment of Mr. de Castro as co-counsel will conserve CJA funds as it will obviate the need for an interpreter during meetings with counsel while affording Mr. Davila-Perez the representation of two attorneys with a history of working together diligently and expeditiously on this precise type of case.

# GOTLIB LAW

Accordingly, I respectfully request that the Court appoint César de Castro as CJA co-counsel for Maximiano Davila-Perez in the above-captioned matter.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)
       César de Castro (*via* Email)