UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :          19cr91-7(DLC)
              -v-                         :
                                          :          ORDER
MAXIMILIANO DAVILA-PEREZ,                  :
                                          :
                     Defendant.           :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

    Having received a notice of appearance from defendant's

newly retained counsel and the letter of January 16 from

defendant's current CJA counsel, it is hereby

    ORDERED that the status letter deadline in this case is

adjourned sine die.

    IT IS FURTHER ORDERED that a conference to address the

request for a change of counsel is scheduled **January 21, 2026 at

3:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          January 16, 2026

                              _____
                                       DENISE COTE
                              United States District Judge