UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        19cr91-7(DLC)
              -v-                          :
                                           :        ORDER
MAXIMILIANO DAVILA-PEREZ,                   :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

As set forth on the record at the conference held on January 21, 2026, it is hereby

ORDERED that CJA counsel Valerie Gotlib and Cesar de Castro are relieved as counsel in this matter and the appearance of Ruth Liebesman is accepted to represent the defendant.

Dated:    New York, New York
          January 21, 2026

                              _____
                                      DENISE COTE
                              United States District Judge