UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                         :

UNITED STATES OF AMERICA,           :          19cr91-7(DLC)
                                           :

        -v-                      :            ORDER
                                         :

MAXIMILIANO DAVILA-PEREZ,         :

                                         :

            Defendant.      :

------------------------------------------X

DENISE COTE, District Judge:

On January 28, 2026, this Court received a letter from the defendant in this matter. Accordingly, it is hereby

ORDERED that this letter shall be filed under seal and copies shall be emailed to counsel for the defendant, the Government, and the defendant's previously assigned counsel, Michael Bloch, Camille Abate, and Valerie Gotlib, who are mentioned in the letter.

Dated:    New York, New York
           January 29, 2026

                             _____
                              DENISE COTE
                      United States District Judge