UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES of AMERICA,

    v.                                                                Docket No. 19 Cr. 91 (DLC)

MAXIMILIANO DAVILA-PEREZ,

       Defendant
_____

CONSENT MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S OBJECTIONS TO THE DRAFT PRESENTENCE REPORT

      MAXIMILIANO DAVILA-PEREZ, by his undersigned counsel, hereby moves that this Court extend the time for filing his objections to the draft presentence report by nine days.

      In support of this Motion, counsel herein sets forth that, for various reasons, her attempts to meet with defendant and an interpreter were waylayed by counsel's need to recover from pneumonia, followed by two scheduled appointments that were cancelled as a result of the snow storms, and most recently by a car accident on the way to the Essex County Correctional Facility.

      I am therefore requesting an additional nine days, until Friday, February 13, 2026, to file defendant's objections to the Presentence Report.

      The Government consents to this request.

Dated: February 3, 2026

                                                     Respectfully submitted

                                                     /s/ *Ruth M. Liebesman*
                                                   Ruth M. Liebesman, Atty-at-Law (RL5383)
                                                   140 East Ridgewood Avenue
                                                   South Tower, Suite 415
                                                   Paramus, New Jersey 07652
                                                   201-617-7000
                                                   - - - - - - - - - - - - -
                                                   30 Wall Street, 8th Floor
                                                   New York, New York 10005
                                                   201-944-3646 (facsimile)
                                                   RuthLiebesmanEsq@gmail.com