UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                               :

UNITED STATES OF AMERICA,        :         19cr91-7(DLC)

         -v-                   :          ORDER

                               :

MAXIMILIANO DAVILA-PEREZ,       :

           Defendant.       :

                               :
-------------------------------------------X

DENISE COTE, District Judge:

Having received the defendant's letter of February 3, 2026, it is hereby

ORDERED that the defendant's application is granted. Any objections to the Presentence Report are due February 13, 2026.

IT IF FURTHER ORDERED that the sentencing in this matter is adjourned to March 19, 2026 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any defense sentencing submissions shall be due March 6. Any Government submissions shall be due March 13. At the time the submissions are due, counsel shall provide a courtesy copy to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
        February 4, 2026

                              _____
                                   DENISE COTE
                     United States District Judge