UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                     :

UNITED STATES OF AMERICA          :

                              :          19cr91-7(DLC)

          -v-                :

                              :          ORDER

MAXIMILIANO DAVILA-PEREZ,      :

                              :

                  Defendant.    :

                              :

---------------------------------------- X

DENISE COTE, District Judge:

At the sentencing in this matter held on March 19, 2026, the Government moved to unredact the defendant's sentencing submission of March 12, 2026.  It is hereby

ORDERED that the Government's motion is granted.  The unredacted sentencing submission has been substituted for the redacted version that was previously filed on the docket.

Dated:    New York, New York
          March 23, 2026

                               _____
                                 DENISE COTE
                  United States District Judge